# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2697
_____

ERIC A. WELCH,

   Appellant,

v.

DEPARTMENT OF CORRECTIONS,
and STATE OF FLORIDA,

   Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


February 13, 2024

PER CURIAM.

   DISMISSED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Eric A. Welch, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellees.